# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-2666
Lower Tribunal No. 2021-CF-012234-A-O

_____

DAVID GRAHAM,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Orange County.
Lisa T. Munyon, Judge.

December 23, 2025

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and KAMOUTSAS and PRATT, JJ., concur.


David Graham, Raiford, pro se.

James Uthmeier, Attorney General, Tallahassee, and Daniel Caldwell, Assistant Attorney General, Daytona Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED